**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

IN RE: RELINQUISHMENT OF J.R., A MINOR

: No. 641 MAL 2016
:
:
:
: Petition for Allowance of Appeal from
PETITION OF: P.C., FATHER : the Order of the Superior Court

## ORDER

**PER CURIAM**

    **AND NOW**, this 31st day of October, 2016, the Petition for Allowance of Appeal is **DENIED**.